MORRIS WEINGARTEN, Respondent, *v.* OSCAR COHEN et al., Individually and as Copartners Doing Business as MERIT DISPLAY CARD Co., Appellants.

Argued October 19, 1949; decided November 17, 1949.

*Alexander Jacobson* for appellants.

*Abraham E. Glick* for respondent.

Order affirmed, with costs. First question certified answered in the affirmative. Second question certified answered in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.